*Wednesday, December 6, 1995*

## MOTION DOCKET

**93-1245.** State v. Loza. *Butler County*, No. CA91-11-0198. Upon consideration of the motion filed by counsel for appellant to continue stay of execution in the above-styled cause pending the exhaustion of state post-conviction remedies, and it appearing from the exhibits to the motion that a petition for post-conviction relief has been filed by appellant with the Butler County Common Pleas Court,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted, effective December 5, 1995.

IT IS FURTHER ORDERED by the court that compliance with the mandate and execution of sentence be, and the same are hereby, stayed pending the exhaustion of all proceedings for post-conviction relief before courts of this state.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before courts of this state have been exhausted.

**95-2098.** Jefferson Cty. Dept. of Human Serv. v. Communication Workers of Am., Local 4527. *Jefferson County*, No. 93-J-49. On motion for stay of proceedings for thirty days pending settlement. Motion granted.

**95-2151.** Stone v. Natl. City Bank. *Cuyahoga County*, Nos. 67579 and 67709. On motion for stay of execution until further notice from parties pending settlement. Motion granted; stay to expire after thirty days.

**95-2295.** In re Petition for 257 Acres of Land. *Portage County*, No. 94-P-0136. On motion for stay of execution. Motion denied.

RESNICK and F.E. SWEENEY, JJ., dissent.

**95-2379.** State v. Twyford. *Jefferson County*, No. 93-J-13. On motion for stay of execution. Motion granted.

MOYER, C.J., DOUGLAS and COOK, JJ., dissent.